IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRANDON CARR,<br><br>    Defendant. | **8:17CR262**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Final Dispositional Hearing (filing 186) is granted.

2. Defendant Brandon Carr's violation of supervised release hearing is continued to October 15, 2020, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 8th day of July, 2020.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Chief United States District Judge